# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                             Case No.: 1:14–cr–00287
                                                        Honorable Charles R. Norgle Sr.

Warren N Barr III, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 12, 2016:

      MINUTE entry before the Honorable Charles R. Norgle in regard to defendant Asif A Aslam: Status hearing held on 8/12/2016. Status and or change of plea hearing is continued to 10/14/2016 at 10:30 a.m. The court excludes time in the interest of justice and due to the unavailability of the defendant due to his medical condition through 10/14/2016. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.