15

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

ASIF ASLAM,

Defendant(s).

Case No. 14 CR 287 - 4
Judge

### ORDER

Change of plea hearing held 14 October 2016. The defendant withdraws his plea of not guilty and enters a plea of guilty as to Count Four. The defendant is informed of his rights. On the plea of guilty there is a finding of guilty. The case is referred to the probation department for a presentence investigation. Sentencing is set for March 7, 2017 at 11:30 a.m.

Date: 10/14/2016

JUDGE CHARLES R. NORGLE