IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 287-4 |
| v. | ) | |
| | ) | Honorable Charles Norgle |
| ASIF ASLAM | ) | |

## AGREED ORDER

This matter coming before the Court by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing hearing currently scheduled for March 7, 2017, at 11:30 a.m. shall be continued to May 19, 2017, at 11:00 a.m.

Entered: _/s/ Charles Norgle_
Honorable Charles Norgle
United States District Court Judge

Dated: __03/01/2017__