UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 14 CR 287 |
| | ) | Judge Charles R. Norgle |
| WARREN BARR, et al. | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                        Respectfully submitted,

                                        JOEL R. LEVIN
                                        Acting United States Attorney

By:   /s/ Jason A. Yonan
                                        JASON A. YONAN
                                        Assistant U.S. Attorney
                                        219 South Dearborn Street, Suite 500
                                        Chicago, Illinois 60604
                                        (312) 353-0708

Dated: March 28, 2017