UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 14 CR 287-1 |
| v. | |
| WARREN BARR | Judge Charles R. Norgle |

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS

The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States Supreme Court.

Accordingly, this Court designates Daniel O. Hartenstine as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr.

Hartenstine is unavailable: Debra M. Guerrero-Randall, Matthew S. Juntz, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade.

*Charles R Norgle*
_____
CHARLES R. NORGLE
District Judge
United States District Court
Northern District of Illinois

Dated: 4-6-17