IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 287-5 |
| v. | ) | |
| | ) | Honorable Charles Norgle |
| LEONARDO SANDERS | ) | |

## AGREED ORDER

This matter coming before the Court on Defendant LEONARDO SANDERS's request to continue the sentencing hearing, and by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing hearing currently scheduled for April 28, 2017, at 11:00 a.m. shall be continued to June 23, 2017, at 11:00 a.m.

Entered: _____
Honorable Charles Norgle
United States District Court Judge

Dated: 4/27/2017