IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

**DEFENDANT SANDER'S OBJECTION TO THE SUPPLEMENTAL PSR**

Defendant LEONARDO SANDERS, by the Federal Defender Program and its attorney, DANIEL HESLER, respectfully submits the following objection to the Supplemental Presentence Report. The defendant further states as follows:

The Supplemental Presentence Report says, on page 1, that "Special Agent Batz reported to the undersigned that the defendant received approximately $428,123 in profits from the developer."

Mr. Sanders does not contest that he received $428,123 during the four month course of his involvement with this offense. His objection is to the word "profits." It is his position that a significant portion of that $428,000 was either returned to 13th & State, LLC, or was paid to the lenders, or was used for expenses related to the condos themselves. Each of these propositions deserves some discussion.

Part of the fraud in this case was that the sellers of the condos (13th & State, LLC) funded the down payments for the purchase of the condos, and this was not

1

reported to the lenders. In order to execute this fraud, 13th & State did give Mr. Sanders' significant sums of money, but expected those to be returned more or less immediately in the form of down payments returned to the seller. It is Mr. Sanders' understanding that this represented approximately $150,000 of the $428,000.

Next, Mr. Sanders made some payments towards the mortgages for a short period of time. He is not sure of how many, but he made some payments. It is his recollection that he paid up to six months of mortgages.[1] He also made some payments to the condo association for its fees. It is Mr. Sanders' belief that this could have constituted up to $90,000 of the $428,000 he received, although he does not have any exact figure.

Finally, because he intended for these condos to be used as time share units, Mr. Sanders believes that he paid to furnish approximately five of these units, and that this might have cost him somewhere around $15,000.

Mr. Sanders does not dispute that this that his actions contributed towards $1,211,035 in loss. He also does not dispute that he received $428,123 in gross proceeds. However, to say that he made $428,123 in "profits" in this case is inaccurate and misleading.

---

[1] It has been approximately nine years, so Mr. Sanders is not sure of his recollection. If the government had documentation as to how many payments were made, it is unlikely that Mr. Sanders would disagree with that documentation.

For all these reasons, it is respectfully that the line in the supplemental PSR that says

> "Special Agent Batz reported to the undersigned that the defendant received approximately $428,123 in profits from the developer"

be stricken. In its place, Mr. Sanders suggests that the following lines be inserted:

> "Mr. Sanders received approximately $428,123 in gross proceeds from the developer, from which was paid the down payments, up to six months of mortgage payments on some of the condos, condo association fees on some of the units, the costs of furnishing the some of the condos for timeshare purposes, and Mr. Sanders' profit from this offense."

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

By: *s/ Daniel J. Hesler*
    Daniel J. Hesler

DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8347

3

## **CERTIFICATE OF SERVICE**

The undersigned,  Daniel J. Hesler  , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT SANDER'S OBJECTION TO THE SUPPLEMENTAL PSR**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on September 5, 2017, to counsel/parties that are non-ECF filers.

USPO Kelly Kwang
United States Probation Officer
230 S. Dearborn Street, Suite 3400
Chicago, IL  60604

By:      /s/ Daniel J. Hesler
DANIEL J. HESLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8347