

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>)<br>) | No. 14 CR 287-1<br>Hon. Charles Norgle |
| vs. | )<br>) | |
| WARREN N. BARR III,<br>Defendant. | )<br>)<br>) | |

### ORDER

This matter coming heard on Defendant Warren Barr's unopposed Motion to Modify Conditions of release to allow travel to and within the states of Indiana and Wisconsin, parties having notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

That the conditions of Warren Barr's pre-trial release be modified and expanded to allow him to travel to and within the states of Indiana and Wisconsin for work purposes.

_____12-13-17_____    _____Charles Norgle_____
Date                                            Hon. Charles Norgle

Prepared by:

Patrick E. Boyle
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

