

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 14 CR 287-5 |
| v. | ) |
| | ) Judge Charles R. Norgle |
| LEONARDO SANDERS | ) |

### AGREED ORDER

On the motion of defendant without opposition, defendant Leonardo Sanders shall be permitted to travel to California between December 20, 2017, and January 3, 2018. Defendant Sanders shall provide relevant contact information and travel information to his supervising pretrial services officer prior to December 20, 2017. All other conditions of bond remain in effect.

ENTER:

_____
U.S. District Court Judge

DATED: 12-13-17

U.S. DISTRICT COURT
CLERK
17 DEC 13 PM 4:25
RECEIVED-EDNY