## *United States District Court for the Northern District of Illinois*

Case Number:                                Assigned/Issued By:

Judge Name:                                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $402.00    ☐ $49.00    ☐ $5.00

                      ☐ IFP         ☐ No Fee    ☐ Other _____

                      ☐ $505.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                 Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons             ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____

                                                      _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                   (Date)

Rev. 08/19/2016