# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | Case No. 14 CR 287 - 6 |
| v. | ) | |
| | ) | Hon. Martha M. Pacold |
| James J. Carroll | ) | |

## ORDER

Defendant James J. Carroll's motion to extend report date, [478], is granted for 90 days. The Section 2255 petition has been filed (1:23-cv-00963 Carroll v. United States of America), the briefing schedule on the petition was just yesterday (5/24/2023) extended to 6/7/2023, and the additional 90 days is a reasonable extension. Defendant James J. Carroll [47322-424] shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on 9/4/2023. The Clerk of Court is directed to forward a copy of this order to the U.S. Marshal.

Date: May 25, 2023 /s/ Martha M. Pacold