## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                            Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $405.00      ☐ $52.00      ☐ $5.00

                   ☐ IFP          ☐ No Fee      ☐ Other _____

                   ☐ $605.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____

☐ Citation to Discover Assets             _____

☐ Writ _____                       (Victim, Against and $ Amount)
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                        (Date)

Rev. 08/19/2016